2 A.3d 474

**Barry JONES, Petitioner**

v.

**Terry TAYLOR, Prothonotary, Certification/Appeal Unit, Respondent.**

No. 52 EM 2010.

Supreme Court of Pennsylvania.

Aug. 13, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of August, 2010, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**